■ KAPLIN RICE LLP, Appellant, v OXBRIDGE CAPITAL MANAGEMENT, LLC, Respondent. (And a Third-Party Action.) [27 NYS3d 378]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Eileen A. Rakower, J.), entered on or about June 18, 2015, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 8, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid

stipulation. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Kapnick and Kahn, JJ.